RECEIVED

JAN 22 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. 25-cv-263-PJS/JFD
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [✔]  NO [ ]

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1.  List your name, address and telephone number. Do the same for any additional plaintiffs.

    a.  Plaintiff

    Name  AMAKOE H. d'ALMEIDA

    Street Address  1314 44th Ave N, Apt. 211

    County, City  Minneapolis, MN

    State & Zip Code  MN, Hennepin, 55412

    SCANNED
    JAN 22 2025
    U.S. DISTRICT COURT MPLS

    Telephone Number  612 987 2057

2.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

   Name  BIG BOWL RIDGEDALE

   Street Address  12649 WAYZATA BLVD RIDGEDALE MALL

   County, City  Hennepin, Minnetonka

   State & Zip Code  Minnesota, MN 55305

b.  Defendant No. 2

   Name  ELITE STAFFING, INC

   Street Address  1315 N NORTH BRANCH ST STE G

   County, City  CHICAGO

   State & Zip Code  IL, 60642

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

   a.  ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

   b.  ☑ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)          (City/County)        (State)        (Zip Code)

5. When did the discrimination occur?  Please give the date or time period:

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☑ Yes      Date filed: _03/10/2023_

b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☑ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☐ No

## NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. ☐ Failure to hire me

   b. ☑ Termination of my employment

   c. ☐ Failure to promote me

   d. ☐ Failure to accommodate my disability

   e. ☐ Terms and conditions of employment differ from those of similar employees

   f. ☐ Retaliation

   g. ☐ Harassment

   h. ☐ Other conduct (please specify):

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

      ☑ Yes    ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

   a. ☑ Race

   b. ☐ Religion

   c. ☑ National origin

4

d.  ☐ Color

e.  ☐ Gender

f.  ☐ Disability

g.  ☑ Age (my birth year is: 01141956 )

h.  ☐ Other (please specify):

i.  Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes        ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. In march 2023, I was hired by Elite Staffing to work as dishwasher at BIG BOWL in Edina. The pay rate was $22 per hour. Three months later, I was asked if I would like to work at BIG BOWL at the Ridgedale Mall. I immediately accepted the offer, but I did not know that my pay was reduced to $15/hr. Nevertheless, I kept doing my job with the best of my abilities, so I have never been told by management any negative thing about my performance. Less than two months later, the restaurant started to hire much younger employees from latin America to take my hours. I should mention that the chief and one manager are also from Latin America. After they hired the last temporary employee, they did't call me for work anymore. I worked at that location from June till October 2022. That was how I was terminated

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I believe that the defendants should pay me for terminating my job. J started with a pay of $22 per hour at BiG BOWL - Galleria, So when J was moved to BIG BOWL RIDGEDALE, my pay was reduced To $15 without the manager asking me it J agree with the new pay. J Subsequently lost a huge amount of money as a result of my termination. J am requesting both defendants pay me at least $75,000

Date:

01|22|2025

Signature of Plaintiff

Am aree d'Almeida

Mailing Address

1314 44th Ave North, Apt. 211
Minneapolis, MN 55412

Telephone Number

612 987 2057

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6