# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AMAKOE H. D'ALMEIDA, | Case No. 25-CV-0263 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| BIG BOWL RIDGEDALE and ELITE STAFFING, INC., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of plaintiff Amakoe H. d'Almeida [Dkt. No. 2] is GRANTED.

2. Mr. d'Almeida must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Mr. d'Almeida does not complete and return the Marshal Service Forms within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Mr. d'Almeida by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from defendants Big Bowl Ridgedale and Elite Staffing, Inc., consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4.   If a defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form.  *See* Fed. R. Civ. P. 4(d)(2).

Dated: February 3, 2025

_s/ John F. Docherty_
JOHN F. DOCHERTY
United States Magistrate Judge